**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 13-CR-20579-MOORE

UNITED STATES OF AMERICA

      Plaintiff,

v.

JOHN ARTHUR LEE JONES,

      Defendant.

_____ /

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

      **THIS CAUSE** has been referred to the undersigned to take all necessary and proper action as required by law with respect to any violations of Supervised Release as to Defendant John Arthur Lee Jones, Jr. (ECF No. 425).

      Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 432). Following that status conference, Defendant filed a written Notice of Admission (ECF No. 433), noticing his intention to admit violation number 2, as alleged in the Petition. The Notice represents that the Government will not advance proof of violation number 1, as alleged in the Petition. Defendant Jones requests that the matter be set for sentencing.

      Accordingly, it is the recommendation of the undersigned that the Court set the matter for a final hearing and accept Defendant's admission of guilt of the allegations set forth as violation number 2, as charged in the Petition (ECF No. 421).

The parties will have **FOURTEEN (14) DAYS** from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 10th day of May, 2023.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc:   Honorable K. Michael Moore
      Counsel of record